IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

THE UNITED STATES OF AMERICA, and )
STATE OF NEBRASKA )
     )
         Plaintiffs, )
     ) CIVIL ACTION NO. 8:20-CV-351
       v. )
     )
     )
CLEAN HARBORS ENVIRONMENTAL )
SERVICES, INC. )
     )
     )
         Defendant. )
     )

**JOINT STIPULATION AND AGREED ORDER
TERMINATING THE CONSENT DECREE**

As set forth herein, the United States and the State of Nebraska, Plaintiffs, and Clean Harbors Environmental Services, Inc. ("Clean Harbors"), Defendant, jointly stipulate that 1) the prerequisites have been met for termination of the October 15, 2020 Consent Decree (Dkt. No. 9) that resolved this case on specified terms and conditions, and 2) that the Consent Decree should therefore be terminated. In support of their joint request, the Parties state as follows:

1. The Plaintiffs filed the Complaint in this action on August 31, 2020, seeking penalties and injunctive relief for alleged violations of the Clean Air Act, the Resource Conservation and Recovery Act, the Emergency Planning and Community-Right-to-Know Act, and the Nebraska Environmental Protection Act at its facility in Kimball, Nebraska. *See* Dkt. No. 1.

2. On same  day, the Plaintiffs also lodged a proposed Consent Decree between Plaintiffs and Defendant. *See* Dkt. 2-1.

3. The Court approved and entered that proposed Consent Decree on October 15, 2020, on the motion of the United States after the required public comment period. *See* Dkt. Nos. 6 and 9.

4. Among other things, the Consent Decree required Clean Harbors to implement injunctive relief to strengthen waste management practices at the Kimball facility, including developing and implementing a Waste Acceptance Plan, a Secondary Containment Plan, an Inspection Protocol Plan, and a Risk Management Program management system. The Decree also required Clean Harbors to retain an independent third-party auditor to conduct CAA § 112(r) and RCRA compliance audits and to address any findings. In addition, the Decree required Clean Harbors to pay a civil penalty of $498,820 to the United States and $291,180 to the State of Nebraska.

5. Paragraphs 83-84 of the Consent Decree provide that

> After Defendant has completed the requirements of Section V (Compliance Requirements), has complied with all other requirements of this Consent Decree, and has paid the civil penalty and any accrued stipulated penalties as required by this Consent Decree, Defendant may serve upon the United States and the State a Request for Termination, stating that Defendant has satisfied those requirements, together with all necessary supporting documentation, providing that a period of 5 years has elapsed from the effective date. . . . If the United States after consultation with the State agrees that the Decree may be terminated, the Parties shall submit, for the Court's approval, a joint stipulation terminating the Decree.

6. On December 22, 2025, Clean Harbors sent a Request for Termination to EPA in which it stated it had met the requirements for termination set forth in Paragraph 83 and requested termination.

7. The United States has evaluated the request and, after consultation with the State, has confirmed that the termination conditions set forth in Paragraph 83 have been met.

WHEREFORE, in accordance with Paragraphs 83-84 of the Consent Decree, the Parties hereby stipulate to the termination of the Consent Decree and respectfully request that the Court approve the stipulation.

**FOR THE UNITED STATES ON BEHALF OF THE U.S. ENVIRONMENTAL PROTECTION AGENCY:**

> Adam R. F. Gustafson
> Principal Deputy Assistant Attorney General
> U.S. Department of Justice
> Environment and Natural Resources Division

July 27, 2026 \_\_\_                /s/ Eric D. Albert\_\_\_\_\_
Date                       ERIC D. ALBERT
> Assistant Section Chief
> Environmental Enforcement Section
> Environment and Natural Resources Division
> U.S. Department of Justice
> Environment & Natural Resources Division
> P.O. Box 7611
> Washington, D.C. 20044
> Tel: 202-532-3234
> D.C. Bar No. 486253
> Email: eric.albert@usdoj.gov

**FOR THE STATE OF NEBRASKA:**

MICHAEL T. HILGERS, #24483
Nebraska Attorney General

07/24/2026
Date

/s/ *Maegan L. Woita*

MAEGAN L. WOITA, #26287
Assistant Attorney General
Nebraska Attorney General's Office
1445 K Street, Room 2115
Lincoln, Nebraska 68508
Telephone: (402) 471-1912
Email: maegan.woita@nebraska.gov

**FOR CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.:**

6/24/2026
Date

Rebecca Underwood

**IT IS SO ORDERED:**

_____                          _____
Dated                                          UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2026, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record. I further certify that on July 27, 2026, the foregoing was mailed by United States Postal Service to the following non-participants in Electronic Case Filing:

MAEGAN L. WOITA
*Assistant Attorneys General*
Office of the Attorney General
2115 State Capitol
Lincoln, Nebraska 68509
Telephone: (402) 471-1912
**Attorney for Plaintiff State of Nebraska**

July 27, 2026                                    */s/ Eric D. Albert*
                                                 Eric D. Albert
                                                 Assistant Section Chief
                                                 Environmental Enforcement Section
                                                 Environment and Natural Resources Division
                                                 U.S. Department of Justice
                                                 Environment & Natural Resources Division
                                                 P.O. Box 7611
                                                 Washington, D.C. 20044
                                                 Tel: 202-532-3234
                                                 D.C. Bar No. 486253
                                                 Email: eric.albert@usdoj.gov